1  Joseph E. Addiego III (CA SBN 169522)
   Sanjay M. Nangia (CA SBN 264986)
2  DAVIS WRIGHT TREMAINE LLP
   505 Montgomery Street, Suite 800
3  San Francisco, California  94111
   Telephone:    (415) 276-6500
4  Facsimile:    (415) 276-6599
   Email:        joeaddiego@dwt.com; sanjaynangia@dwt.com
5

6  Attorneys for Defendant
   JPMORGAN CHASE BANK, N.A.
7

8
                   UNITED STATES DISTRICT COURT
9
                   EASTERN DISTRICT OF CALIFORNIA
10
                         SACRAMENTO DIVISION
11

12 | ROBERT GORMAN,            ) Case No.  2:15-cv-02178-JAM-CKD
                               )
13 |         Plaintiff,        ) **STIPULATION AND ORDER FOR**
                               ) **EXTENSION OF TIME TO RESPOND**
14 |    v.                     ) **TO COMPLAINT**
                               )
15 | NATIONSTAR MORTGAGE, LLC; JP )
   MORGAN CHASE BANK, N.A.; MTC )
16 | FINANCIAL INC. dba TRUSTEE CORPS; and )
   DOES 1 through 50, inclusive, )
17 |                           )
           Defendants.         )
18

19

20

21

22

23

24

25

26

27

                                    1

1  WHEREAS, Plaintiff Robert Gorman and defendant JPMorgan Chase Bank, N.A.
2  ("Chase") would benefit from additional time to settle this matter;
3  WHEREAS, Chase's current deadline to respond to the complaint is November 23, 2015;
4  and
5  WHEREAS, the parties, having met and conferred, believe the case would be best served
6  with extending Chase's deadline to respond until January 8, 2016 while the parties seek to resolve
7  the matter in the interim;

IT IS ORDERED as follows:

**1.      Chase's Deadline to Respond to the Complaint.**

Chase's deadline to respond to the complaint shall be extended until January 8, 2016.

DATED November 23, 2015.

        DAVIS WRIGHT TREMAINE LLP
        Joseph E. Addiego, III
        Sanjay M. Nangia


By:*/s/ Sanjay M. Nangia*
    Sanjay M. Nangia

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.


KETTNER LAW CORPORATION
Marc Applbaum


By: */s/ Marc Applbaum*

Marc Applbaum (SBN: 222511 )
2150 West Washington Street #104
San Diego, CA 92110

Attorneys for Plaintiff
Robert Gorman

1  IT IS SO ORDERED.

2

3  DATED: November 23, 2015          /s/ JOHN A. MENDEZ
                                     John A. Mendez, Judge
                                     United States District Court

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME
DWT 28396424v1 0036234-000421